UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRADY SMITH | CIVIL ACTION |
| VERSUS | |
| LOUISIANA STATE UNIVERSITY, ET AL. | NO. 21-00340-BAJ-RLB |

ORDER

Considering the parties' **Unopposed and Joint Motion and Order For Stay (Doc. 29),** requesting an extension of all applicable deadlines until the underlying university administrative process has been exhausted in the interest of efficiency and the responsible utilization of judicial resources,

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter and all currently pending deadlines are **STAYED** pending the outcome of Plaintiff's July 9, 2021 administrative hearing before a University Hearing Panel.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Status Report apprising the Court of the status of this matter within thirty days of the July 9, 2021 administrative hearing.

Baton Rouge, Louisiana, this 7th day of July, 2021

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA