UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRADY SMITH | * | |
| | * | |
| Plaintiff, | * | |
| | * | CIVIL NO: 3:21-cv-00340 |
| v. | * | |
| | * | |
| | * | |
| LOUISIANA STATE UNIVERSITY, | * | MAGISTRATE JUDGE |
| a public university; | * | RICHARD L. BOURGEOIS, JR |
| THE BOARD OF SUPERVISORS OF | * | |
| LOUISIANA STATE UNIVERSITY, | * | |
| in their official capacity; | * | JUDGE |
| WILLIAM F. TATE IV, | * | BRIAN A. JACKSON |
| President, Louisiana State University, | * | |
| individually and in his official capacity; | * | |
| THOMAS C. GALLIGAN JR., | * | |
| Immediate past President, Louisiana State | * | |
| University; individually and in his official | * | |
| capacity; | * | |
| JENNIE STEWART, | * | |
| Title IX Coordinator, Louisiana State | * | |
| University, individually and in her official | * | |
| capacity; | * | |
| DANIEL DELUCA, | * | |
| Assistant Director, SAA, Louisiana State | * | |
| University, individually and in his official | * | |
| capacity; | * | |
| | * | |
| Defendants. | * | |

## JOINT STATUS REPORT

**A. HISTORY**

This matter was filed in this Court on June 6, 2021.

The Court denied the request for temporary restraining order made by the complainant in the original filing on June 11, 2021; and set a telephone status conference on June 15, 2021. The telephone status conference was subsequently changed to June 17, 2021.

The matter came before the Court on June 17, 2021, via telephone status conference with all parties present. The Court ordered the parties to produce a joint status report August 9, 2021, from which order this filing is made.

At that same time, or very shortly thereafter, there was an agreement by all parties to request a stay of the Federal proceeding and move forward with the administrative hearing at Louisiana State University. The parties filed an Unopposed and Joint Motion and Order for Stay on July 2, 2021, which was granted by the Court on July 7, 2021 (R.Doc. 29).

### B.  THE UNIVERSITY HEARING

The University Hearing Panel (UHP) proceeding was held on July 9, 2021. Later that same day the UHP produced a written report of their findings. An appeal was filed timely and on July 30, 2021, the response to the appeal was received by the Complainant upholding the UHP finding. All delays and deadlines for administrative appeal are now exhausted.

### C.  ANTICIPATED PROCEEDING

The Complainant intends to file a motion to lift the stay in this matter and move forward with the proceedings herein, including a request for an injunction. These matters will be addressed in the motion to lift the stay.

<table>
<tr><td>

RESPECTFULLY SUBMITTED:

**THE AMBEAU LAW FIRM**

  /s/ Jarrett P. Ambeau
JARRETT P. AMBEAU (#32089)
9522 Brookline Ave, Ste. 117
Baton Rouge, LA 70809
Telephone: (225) 330-7009
Facsimile: (225) 960-5864
Email: jarrett@ambeaulaw.com
*Counsel for Brady Smith*

</td><td>

Respectfully submitted,

**KEOGH, COX, & WILSON, LTD.**
By: /s/ Christopher K. Jones
CHRISTOPHER K. JONES (#28101)
CATHERINE S. GIERING (#26495)
701 Main Street
P.O. Box 1151 (70821)
Baton Rouge, LA 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-2413
Email: cjones@keoghcox.com
         cgiering@keoghcox.com
*Counsel for Louisiana State University, The Board of Supervisors of Louisiana State University, Thomas C. Galligan, Jr., Jennie Stewart, and Daniel Deluca*

</td></tr>
</table>