## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRADY SMITH** | * | **CIV. A. NO.: 21-CV-00340** |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | **JUDGE: BRIAN A. JACKSON** |
| **LOUISIANA STATE UNIVERSITY;** | * | |
| **THE BOARD OF SUPERVISORS OF** | * | |
| **LOUISIANA STATE UNIVERSITY;** | * | |
| **WILLIAM F. TATE IV; THOMAS C.** | * | **MAG. JUDGE:** |
| **GALLIGAN, JR.; JENNIE STEWART;** | * | **RICHARD L. BOURGOIS, JR.** |
| **DANIEL DELUCA** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Brady Smith, and Defendants, Louisiana State University, The Board of Supervisors of Louisiana State University, William F. Tate, IV, Thomas C. Galligan, Jr., Jennie Stewart and Daniel Deluca, who jointly move to dismiss the case, with prejudice, and with each party to bear their own costs and attorneys' fees.

WHEREFORE, the parties pray for judgment, dismissing this matter, with prejudice, and each party to bear their own costs and attorneys' fees.

<table>
<tr><td>

Respectfully submitted,

**THE AMBEAU LAW FIRM**


By: /s/ Jarrett P. Ambeau
Jarrett P. Ambeau (#32089)
The Ambeau Law Firm
9522 Brookline Avenue, Ste. 117
Baton Rouge, LA 70809
Telephone: (225) 330-7009
Fax; (225) 960-5864
Email: jarrett@ambeaulaw.com
***Counsel for Brady Smith***

</td><td>

Respectfully submitted,

**KEOGH, COX, & WILSON, LTD.**


By: /s/ Christopher K. Jones
CHRISTOPHER K. JONES (#28101)
CATHERINE S. GIERING (#26495)
701 Main Street
P.O. Box 1151 (70821)
Baton Rouge, LA 70802
Telephone: (225) 383-3796
Facsimile: (225) 343-2413
Email:   cjones@keoghcox.com
            cgiering@keoghcox.com

-and-

RACHEL P. DUNAWAY (#37104)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North 3rd Street
 P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6300
Facsimile: (225) 326-6495
Email: dunawayr@ag.louisiana.gov
***Counsel for Louisiana State University, The Board of Supervisors of Louisiana State University, Thomas C. Galligan, Jr., Jennie Stewart, and Daniel Deluca***

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that, as of the date of this mailing, there are no manual recipients identified to receive this mailing.

    Baton Rouge, Louisiana, this 16th day of November, 2021.


                          /s/ Christopher K. Jones
                          CHRISTOPHER K. JONES