UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRADY SMITH** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **NO. 21-00340-BAJ-RLB** |

## ORDER

Considering the parties' **Joint Motion To Dismiss With Prejudice (Doc. 36),**

**IT IS ORDERED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 19th day of November, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**