# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRADY SMITH** | **CIVIL ACTION** |
| **VERSUS** | |
| **LOUISIANA STATE UNIVERSITY, ET AL.** | **NO. 21-00340-BAJ-RLB** |

## FINAL JUDGMENT

For the written reasons assigned (Doc. 37),

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE.**

Baton Rouge, Louisiana, this 19th day of November, 2021

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**